JS6.

# DEATH PENALTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENNIS REED, | CASE NO. CV 12-00557 JFW |
|     Petitioner, | **DEATH PENALTY CASE** |
|     v. | |
| MICHAEL MARTEL, Warden of California State Prison at San Quentin, | JUDGMENT |
|     Respondent. | |

Pursuant to this Court's February 6, 2012 Order denying Application and Declaration in Support of Request to Supplement Habeas Corpus,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

If Petitioner gives timely notice of an appeal from this Order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will not issue because petitioner has failed to make a substantial showing of the denial of a constitutional right. *Miller-El v. Cockrell*, 537 U.S. 322, 335-338 (2003) (noting that a certificate of appealability will only issue where a petitioner has made a "substantial showing of the denial of a

constitutional right"and explaining that "a petitioner must sho[w] that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." (citations and internal quotations omitted)); *Williams v. Woodford*, 384 F.3d 567, 582-583 (9th Cir. 2004) (treating petitioner's notice of appeal as an application for a certificate of appealability on the issues raised in his opening brief and explaining that as to each claim appealed petitioner must make "a substantial showing of the denial of a constitutional right." (internal citations omitted)).

Dated: February 6, 2012.

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

# NOTICE PARTY SERVICE LIST

**Case No.** LA CV 12-557-JFW   **Case Title** Ennis Reed v. Michael Martel

**Title of Document** Judgment

| | | | | |
|---|---|---|---|---|
| | ADR | | | US Attorneys Office - Civil Division -L.A. |
| | BAP (Bankruptcy Appellate Panel) | | | US Attorneys Office - Civil Division - S.A. |
| | BOP (Bureau of Prisons) | | | US Attorneys Office - Criminal Division -L.A. |
| ✓ | CA St Pub Defender (Calif. State PD) | | | US Attorneys Office - Criminal Division -S.A. |
| ✓ | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | | US Bankruptcy Court |
| | Case Asgmt Admin (Case Assignment Administrator) | | | US Marshal Service - Los Angeles (USMLA) |
| ✓ | Chief Deputy Admin Judicial Svcs | | | US Marshal Service - Riverside (USMED) |
| ✓ | Chief Deputy Ops | | | US Marshal Service -Santa Ana (USMSA) |
| | Clerk of Court | | | US Probation Office (USPO) |
| ✓ | Death Penalty H/C (Law Clerks) | | | US Trustee's Office |
| | Dep In Chg E Div | | ✓ | Warden, San Quentin State Prison, CA |
| | Dep In Chg So Div | | | |
| | Federal Public Defender | | | |
| ✓ | Fiscal Section Legal Svcs. | | | |
| | Intake Section, Criminal LA | | | |
| | Intake Section, Criminal SA | | | |
| | Intake Supervisor, Civil | | | |
| | MDL Panel | | | |
| ✓ | Ninth Circuit Court of Appeal | | | |
| | PIA Clerk - Los Angeles (PIALA) | | | |
| | PIA Clerk - Riverside (PIAED) | | | |
| | PIA Clerk - Santa Ana (PIASA) | | | |
| | PSA - Los Angeles (PSALA) | | | |
| | PSA - Riverside (PSAED) | | | |
| | PSA - Santa Ana (PSASA) | | | |
| | Schnack, Randall (CJA Supervising Attorney) | | | |
| | Statistics Clerk | | | |

| | ADD NEW NOTICE PARTY (if sending by fax, mailing address must also be provided) |
|---|---|
| Name: | |
| Firm: | |
| Address (include suite or floor): | |
| | |
| *E-mail: | |
| *Fax No.: | |

* For CIVIL cases only

| JUDGE / MAGISTRATE JUDGE (list below): |
|---|
| |
| |
| |

**Initials of Deputy Clerk** sr